**Opinion issued December 10, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00790-CV

———————————

**SOUTHAMPTON PLACE EXTENSION PROPERTY OWNERS'
ASSOCIATION, Appellant**

**V.**

**ROBERT THURMOND, VALERIE THURMOND,
AND ANN HIGHTOWER, Appellees**

---

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Case No. 2010-51417**

---

## MEMORANDUM OPINION

The parties have filed a "Joint Motion to Dismiss with Prejudice,"

representing that they have agreed to settle this matter. They request that we grant

their motion and render judgment effectuating their agreement to dismiss the appeal with each party to bear its own costs. *See* TEX. R. APP. P. 42.1(a)(2)(A). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal with prejudice, with costs taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(a)(2)(A). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.